IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 5:06-CR-43 (WDO) |
| | : | |
| TIMOTHY KING, JR., | : | |

_____

**ORDER**

Upon the motion of the government, and for the reasons stated in the Government's Motion, IT IS HEREBY ORDERED that the indictment against TIMOTHY KING, JR. is hereby dismissed without prejudice.

**SO ORDERED, this 17th day of August 2007.**


**S/C. Ashley Royal**
**C. ASHLEY ROYAL**
**UNITED STATES DISTRICT JUDGE**


Presented by:
_____
s/CHARLES L. CALHOUN
BAR NO. 102875
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Telephone: (478) 752-3511
Fax Number: (478) 621-2655